# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MONTALI, DENNIS | UNITED STATES BANKRUPTCY COURT | 03/21/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 947054

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 03/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 03/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 03/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Real estate - Alameda Cty ($340,000;fractional int.;acq 2/01 | | None | N | W | | | | | |
| 2. Acct. Union Bank of California, | | None | J | T | | | | | |
| 3. Acct. Wells Fargo Bank, | A | Interest | J | T | | | | | |
| 4. Alphabet | | None | M | T | | | | | |
| 5. AMG GW&K Coren Bond - MBDFX | B | Dividend | M | T | | | | | Name change |
| 6. American Century Global Fund - BGEIX | A | Dividend | K | T | | | | | |
| 7. American Century Gvt Inc - ACITX | B | Int./Div. | M | T | | | | | |
| 8. American Water Works | C | Int./Div. | M | T | | | | | |
| 9. Apple | C | Int./Div. | N | T | | | | | |
| 10. AT&T | C | Dividend | M | T | Buy<br>(add'l) | 11/12/20 | L | | |
| 11. Automatic Data Processing common | D | Dividend | N | T | | | | | |
| 12. BNY Active Midcap Fund A - PESPX | B | Dividend | N | T | Sold<br>(part) | 09/15/20 | L | | |
| 13. BNY Muni Bond Fund - DRTAX | A | Dividend | K | T | | | | | |
| 14. BNY Cal Tax Ex Fund - DRCAX | A | Dividend | M | T | | | | | |
| 15. BNY Strategic Fund - - DNLDX | A | Dividend | L | T | | | | | |
| 16. Cardinal Health common | B | Dividend | K | T | | | | | |
| 17. Carrier Global | | None | | | Spinoff<br>(from line 50) | 04/03/20 | J | | Sold 5-6-20 |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 03/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cognizant Tech. Solutions | C | Dividend | N | T | | | | | |
| 19. Conoco Phillips | C | Dividend | L | T | Buy | 11/12/20 | L | | |
| 20. Colgate Palmolive & Co common | D | Dividend | N | T | | | | | |
| 21. CSX Corp | A | Dividend | K | T | Buy | 11/12/20 | K | | |
| 22. Dow | A | Dividend | J | T | | | | | |
| 23. Du Pont | | None | | | Sold | 04/03/20 | K | | |
| 24. ETFMG Prime Cyber HACK | C | Dividend | M | T | | | | | |
| 25. Exxon Mobil Corporation common | E | Dividend | N | T | | | | | |
| 26. Federated High Yield Trust - FHYTX | A | Dividend | J | T | | | | | |
| 27. Genuine Parts common | D | Dividend | M | T | Sold (part) | 09/15/20 | K | | |
| 28. Gilead Sciences Inc | B | Dividend | K | T | | | | | |
| 29. Global Payments | A | Dividend | L | T | Buy | 11/12/20 | L | | |
| 30. Home Depot | C | Dividend | M | T | | | | | |
| 31. Honeywell Int'l common | D | Dividend | N | T | | | | | |
| 32. Intel | C | Dividend | L | T | | | | | |
| 33. Ishares MSCI Japan | A | Dividend | L | T | | | | | |
| 34. Jacobs Engineering | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 03/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Kimberly Clark | D | Dividend | M | T | | | | | |
| 36. Lockheed Martim | B | Dividend | K | T | Buy | 11/12/20 | K | | |
| 37. Matthews Japan Fund Inc fka Japan Fund | A | Dividend | K | T | | | | | |
| 38. McDonalds Corp common | D | Dividend | O | T | | | | | |
| 39. Merck & Co | C | Dividend | M | T | Buy | 11/12/20 | M | | |
| 40. Mid American Apt. Common | C | Dividend | L | T | | | | | |
| 41. Nestle SA | C | Dividend | M | T | | | | | |
| 42. Novo-Nordisk | D | Dividend | N | T | Sold<br>(part) | 09/15/20 | K | | |
| 43. Otis Worldwide | A | Dividend | J | T | Spinoff<br>(from line 50) | 05/06/20 | J | | |
| 44. Pentair | B | Dividend | L | T | | | | | |
| 45. Pepisco common | C | Dividend | M | T | | | | | |
| 46. Pfizer | C | Dividend | M | T | Buy | 11/12/20 | M | | |
| 47. Pimco FDS Pac Invt Mgmt - PCRAX | A | Interest | J | T | | | | | |
| 48. Proctor & Gamble Co. common | C | Dividend | M | T | | | | | |
| 49. Qualcomm | B | Dividend | M | T | Buy | 11/12/20 | M | | |
| 50. Raytheon Technology - RTX | C | Dividend | M | T | Sold<br>(part) | 04/06/20 | K | | Merger with United<br>TechUTX |
| 51. Resideo Tech | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 03/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Schlumberger | C | Dividend | | | Sold | 04/24/20 | K | | |
| 53. | Schwab Value Advantage | A | Interest | L | T | | | | | |
| 54. | Schwab Corp common | C | Dividend | M | T | | | | | |
| 55. | Schwab 1000 Fund - SNXFX | B | Dividend | K | T | | | | | |
| 56. | Select Sector - Materials - XLB | C | Dividend | M | T | | | | | |
| 57. | SPDR Energt Select - XLE | A | Dividend | J | T | | | | | |
| 58. | S&P 500 Depository Receipts Unit) - SPY | C | Dividend | N | T | | | | | |
| 59. | SPDR Utilities Select - XLU | C | Dividend | L | T | | | | | |
| 60. | Stryker Corp | C | Dividend | N | T | | | | | |
| 61. | Sysco common | B | Dividend | L | T | | | | | |
| 62. | T. Rowe Price Int'l Stk Fund - PRITX | A | Dividend | M | T | Sold (part) | 09/15/20 | K | | |
| 63. | T. Rowe Price Equity Fund - PRFDX | B | Dividend | L | T | | | | | |
| 64. | T. Rowe Price Growth - PRGFX | A | Dividend | M | T | | | | | |
| 65. | T. Rowe Price - New Horizon - PRNHX | A | Dividend | L | T | | | | | |
| 66. | Templeton Developing Mkt - TDADX | A | Dividend | K | T | | | | | |
| 67. | Templeton Global Inc. Fund -TGBAX | B | Dividend | K | T | | | | | |
| 68. | Templeton Global Bond - GIM | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 03/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. 3M | D | Dividend | M | T | | | | | |
| 70. United Health Group | B | Dividend | M | T | Sold<br>(part) | 09/15/20 | K | | |
| 71. United Parcel Service | C | Dividend | M | T | Sold<br>(part) | 09/15/20 | L | | |
| 72. USAA Short term fund | B | Interest | L | T | | | | | |
| 73. USAA Long term fund | C | Interest | L | T | | | | | |
| 74. Vanguard Intl Growth Fund - VWIGX | A | Dividend | M | T | | | | | |
| 75. Vanguard 500 Fund - VFIAX | D | Dividend | O | T | | | | | |
| 76. Vanguard Wellesley Inc. Fund - VWINX | C | Interest | K | T | | | | | |
| 77. Vanguard Intl. Equity Index (Eur. stk) - VEUSX | C | Dividend | L | T | Sold<br>(part) | 09/15/20 | K | | |
| 78. Vanguard Wellington Fund - VWFLX | B | Dividend | | | Sold | 09/15/20 | K | | |
| 79. Vanguard Fxd Inc. GNMA - VFIJX | B | Interest | M | T | | | | | |
| 80. Vanguard F-I Short Term - VFSUX | A | Interest | M | T | | | | | |
| 81. Verizon | A | Dividend | K | T | | | | | |
| 82. Viatris | A | Dividend | J | T | Spinoff<br>(from line 46) | 11/17/20 | J | | |
| 83. Walt Disney Hldg common | C | Dividend | N | T | | | | | |
| 84. Wells Fargo Adv ST | A | Dividend | L | T | | | | | |
| 85. WEC Energy | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 03/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ DENNIS MONTALI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544